# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D23-1925
5D23-1927
LT Case Nos. 2022-30738-CJCI
2019-31176-CJCI

_____

Y.B., MOTHER OF M.D., L.D.,
S.R.D., and S.D.M., CHILDREN,

 Appellant,

 v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

 Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Joan Anthony, Judge.

Mark Skipper, of Law Office of Mark A. Skipper, P.A., Orlando,
for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee, Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Caitlin E.
Burke, Senior Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

November 8, 2023

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____